# CHAPTER 13 PLAN

Case No.: __17-81861__

Debtor(s): __Jeffrey Nix__     SS#: __xxx-xx-2790__     Net Monthly Earnings: __976.71__

__Christie Nix__     SS#: __xxx-xx-8436__     Number of Dependents: __2__

I. Plan Payments:

( _____ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

( X ) Payroll deduction Order: To __Redstone Arsenal__ for

$ __975.00__ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly.

Length of plan is __60__ months, and the total debt to be paid through the plan is $__85,100.00__.

☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

B. Total Attorney Fee: $__3,250.00__ ; __$419.00__ paid pre-petition

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Redstone Fcu | $19,032.00 | ☐ by Trustee ☑ by Debtor $300.00 | July, 2017 | $600.00 | | 4.00% | $18.00 |
| Seterus Inc | $134,442.00 | ☐ by Trustee ☑ by Debtor $757.85 | July, 2017 | $3,800.00 | | 3.625% | $113.00 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| AmeriCredit/GM Financial | $76.00 | $14,899.72 | $7,600.00 | $7,166.00 | 2013 Kia Forte | 5.25% | $443.00 | |
| OneMain | $58.00 | $5,083.08 | $5,750.00 | $0.00 | 2003 GMC Yukon | 5.25% | $151.00 | |
| Redstone Fcu | $50.00 | $5,040.65 | $5,040.65 | $0.00 | Secured Shares | 5.25% | $150.00 | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

☐ This is an original plan.

☑ This is an amended plan replacing plan dated __7/7/2017__.

☑ This plan proposes to pay unsecured creditors __ProRata__ %.

☑ Other Provisions:
Special Intentions: Debtor is to pay $975.00 per month for 25 months and $1735.00 per month for 35 months due to 401k loan payout
OneMain:Debtor is surrendering their interest in the 2007 Volvo. Vehicle is to be driven and paid for by 3rd party.

Name/Address/Telephone/Attorney for Debtor (s)     Dated: __September 22, 2017__     /s/ Jeffrey Nix
__John C. Larsen__     Jeffrey Nix
     Signature of Debtor
__1733 Winchester Road__     /s/ Christie Nix
__Huntsville, AL 35811__     Christie Nix
Telephone # __256-859-3008__     Signature of Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all creditors listed on the matrix electronically or by depositing copies in the United States Mail, properly addressed and postage prepaid, on this the 22nd day of September, 2017.

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, on this the 22nd day of September, 2017.

/s/ John C. Larsen

AmeriCredit/GM Financial
Po Box 183853
Arlington, TX 76096


OneMain
Attn: Bankruptcy
601 Nw 2nd St
Evansville, IN 47708


Redstone Fcu
220 Wynn Dr
Huntsville, AL 35893


Seterus Inc
14523 Sw Millikan Way St
Beavertton, OR 97005


1st Franklin
Pob 11245
Huntsville, AL 35814


Alabama Pediatric Dental
c/o Howard Grisham
P.O Box 5585
Huntsville, AL 35814


Alliance Collection Service, Inc
Po Box 49
Tupelo, MS 38802


Asset Recovery Solutions, LLC
2200 E Devon Ave
Ste 200
Des Plaines, IL 60018-4501


Awa Collections
Awa Collections
1045 W Katella Ave
Orange, CA 92867


Axcess Financial
7755 Montogomery Rd
Suite 400
Cincinnati, OH 45236


Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595


Care Credit
PO Box 312277
Enterprise, AL 36331


Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179


Comenity Bank/Limited Too
Po Box 182125
Columbus, OH 43218


Comenity Bank/Maurices
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Bank/Reed's
Po Box 182125
Columbus, OH 43218


Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Cornerstone/AES
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105


Dillards Card Srvs/Wells Fargo Ban
Po Box 10347
Des Moines, IA 50306


Discover Financial
Po Box 3025
New Albany, OH 43054


Fincial Recovery Services
PO box 385908
Minneapolis, MN 55439


First Federal Credit & Collections
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122


Fox Collection Center
Po Box 528
Goodlettsvile, TN 37070


Franklin Collection Service, Inc
Po Box 3910
Tupelo, MS 38801


IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127


KHESLC
Attn: Bankruptcy
Po Box 24328
Louisville, KY 40224

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201


Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193


Mobiloansllc
P.O. Box 1409
Marksville, LA 71351


Net Credit Financial
Po Box 645295
Cincinnati, OH 45264


Premiere Credit Of N A
2002 No Wellesley Blvd 1
Indianapolis, IN 46219


Redstone Fcu
220 Wynn Dr Nw
Huntsville, AL 35893


Springleaf Financial S
700 Airport Rd Sw Ste B
Huntsville, AL 35802


Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896


Target
C/O Financial & Retail Srvs
Mailstopn BT POB 9475
Minneapolis, MN 55440


Trident Asset Management
Attn: Bankruptcy
Po Box 888424
Atlanta, GA 30356


Verizon
Verizon Wireless Bankruptcy Administrati
500 Tecnolgy Dr Ste 500
Weldon Springs, MO 63304


Visa
PO Box 89937
Sioux Falls, SD 57109


Wells Fargo
PO Box 10335
Des Moines, IA 50306


Aldridge Pite Hann
P.O. Box 52815
Atlanta, GA 30355


Ferry & Nicholas, Inc.
1130 University Blvd
Ste 252
Tuscaloosa, AL 35401


Midland Credit Management
8875 Aero Dr. Ste 200
San Diego, CA 92123


Nadler & Associates P.C.
2871 Acton Rd Suite 101-A
Birmingham, AL 35243


RCO Legal, P.C.
2970 Clairmont Rd. NE
Suite 780
Atlanta, GA 30329