IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Jeffrey Nix )
      SSN: XXX-XX-2790 )
      Christie Nix ) Case No. 17-81861-CRJ13
      SSN: XXX-XX-8436 )
       ) Chapter 13
       )
      Debtor(s), )

## MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

Come now the Debtors, Jeffrey and Christie Nix, and moves the Court for an order modifying their Chapter 13 plan payment pursuant to 11 USC section 1329 of the Bankruptcy Code, and states as follows:

1. The case was filed on June 23, 2017.

2. The case was confirmed on October 19, 2017.

3. The Debtors filed an amendment to schedules on February 6, 2018 for a priority tax debt to the IRS.

4. An order approving the amendment was entered by the Court on April 3, 2018.

5. The IRS has filed a claim in this case, claim #30 in the amount of $34,574.58 with $26,855.13 of that debt schedule as priority.

6. Based upon the claim filed by the IRS, the Debtor's Plan payments must increase to $1,380.00 per month beginning April, 2018 for 15 months, then increase to $2,096.00 per month beginning August, 2019 for the remainder of the Plan to pay the claim, cure any delinquency that may exist and ensure the case completes during the term provided in the confirmed Plan. The Plan base will be $105,091.00.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, debtors pray that this court enter an Order Modifying the Chapter 13 Plan as provided above.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS OBJECTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE MOTION TO SUSPEND SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

Respectfully submitted,

/s/ John C Larsen
Attorney for Debtor

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above and foregoing Motion to Modify Chapter 13 Plan After Confirmation has been served on all the creditors listed on the attached matrix by U.S. mail postage prepaid and properly addressed and on Michele Hatcher, Chapter 13 Trustee, electronically on this the 12th day of April, 2018.

/s/ John C Larsen

Label Matrix for local noticing
1126-8
Case 17-81861-CRJ13
NORTHERN DISTRICT OF ALABAMA
Decatur
Thu Apr 12 10:46:04 CDT 2018

(p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Redstone Federal Credit Union
c/o C. Howard Grisham
Post Office Box 5585
Huntsville, AL 35814-5585

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

1st Franklin
Pob 11245
Huntsville, AL 35814-1245

1st Franklin Financial Corporation
P O Box 11245
Huntsville, AL 35814-1245

Alabama Pediatric Dental
c/o Howard Grisham
P.O Box 5585
Huntsville, AL 35814-5585

Aldridge Pite Hann
P.O. Box 52815
Atlanta, GA 30355-0815

Alliance Collection Service, Inc
P O Box 49
Tupelo, MS 38802-0049

AmeriCredit/GM Financial
Po Box 183853
Arlington, TX 76096-3853

Americredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Ashley Funding Services, LLC its successors
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
P O Box 10587
Greenville, SC 29603-0587

Asset Recovery Solutions, LLC
2200 E Devon Ave
Ste 200
Des Plaines, IL 60018-4501

Awa Collections
Awa Collections
1045 W Katella Ave
Orange, CA 92867-3561

Access Financial
4755 Montogomery Rd
Suite 400
Cincinnati, OH 45236-4197

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

COMPASS BANK
01 WEST VALLEY AVE
HOMEWOOD, AL 35209-4800

Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595-2322

Care Credit
PO Box 312277
Enterprise, AL 36331-2277

Cavalry SPV I, LLC
00 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/Limited Too
P O Box 182125
Columbus, OH 43218-2125

Comenity Bank/Maurices
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Reed's
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Victoria Secret
Attn: Bankruptcy
P O Box 182125
Columbus, OH 43218-2125

Cornerstone/AES
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461

Dillards Card Srvs/Wells Fargo Bank Na
Po Box 10347
Des Moines, IA 50306-0347

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Ferry & Nicholas, Inc.
1130 University Blvd
Ste 252
Tuscaloosa, AL 35401-0327


Financial Recovery Services
PO box 385908
Minneapolis, MN 55438-5908

First Federal Credit & Collections
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122-5662

Fox Collection Center
Po Box 528
Goodlettsvile, TN 37070-0528


Franklin Collection Service, Inc
PO Box 3910
Tupelo, MS 38803-3910

IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127-2557

IRS
801 Broadway M/S MDP 146
Nashville, TN 37203


Internal Revenue Service
Attn: Bankruptcy Dept.
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joyce White Vance
US Attorney
1801 4th Ave.
Birmingham, AL 35203-2101


IKAA
P.O. BOX 798
FRANKFORT KY 40602-0798

KHESLC
Attn: Bankruptcy
Po Box 24328
Louisville, KY 40224-0328

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043


MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

Midland Credit Management
8875 Aero Dr. Ste 200
San Diego, CA 92123-2255

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069


mobiloansllc
P.O. Box 1409
Marksville, LA 71351-1409

NPRTO South-East, LLC
256 West Data Drive
Draper, UT 84020-2315

Nadler & Associates P.C.
2871 Acton Rd Suite 101-A
Birmingham, AL 35243-2560


Net Credit Financial
PO Box 645295
Cincinnati, OH 45264-5295

NetCredit
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604-2863

OneMain
Attn: Bankruptcy
601 Nw 2nd St
Evansville, IN 47708-1013


OneMain
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial of Alabama, Inc.
PO Box 70912
Charlotte, NC 28272-0912

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Premiere Credit Of N A
2002 No Wellesley Blvd 1
Indianapolis, IN 46219-2417

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

RADIOLOGY OF HUNTSVILLE, PC
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETTSVILLE, TN 37070-0528

CO Legal, P.C.
970 Clairmont Rd. NE
Suite 780
Atlanta, GA 30329-4419

Redstone Fcu
220 Wynn Dr
Huntsville, AL 35893-0001

Redstone Fcu
220 Wynn Dr Nw
Huntsville, AL 35893-0001

Richard O'Neal
Asst. US Attorney
1801 4th Ave.
Birmingham, AL 35203-2101

Seterus Inc
14523 Sw Millikan Way St
Beavertton, OR 97005-2352

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

TD Bank USA, N.A.
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target
C/O Financial & Retail Srvs
Mailstopn BT POB 9475
Minneapolis, MN 55440-9475

Trident Asset Management
Attn: Bankruptcy
Po Box 888424
Atlanta, GA 30356-0424

US Attorney General
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

US Department of Education
P O Box 16448
St Paul, MN 55116-0448

Verizon
Verizon Wireless Bankruptcy Administrati
500 Tecnolgy Dr Ste 500
Weldon Springs, MO 63304-2225

Visa
Po Box 89937
Sioux Falls, SD 57109-6937

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Christie Nix
105 Riverchase Rd.
New Market, AL 35761-9439

Jeffrey Nix
105 Riverchase Rd.
New Market, AL 35761-9439

John C. Larsen
Larsen Law, P.C.
1733 Winchester Rd
Huntsville, AL 35811-9190

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602-2388

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services dba GM Financ
Po Box 183853
Arlington, TX 76096

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Springleaf Financial S
100 Airport Rd Sw Ste B
Huntsville, AL 35802

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association ("    (du)Federal National Mortgage Association ("    (u)Seterus, Inc.

(u)Seterus, Inc. as the authorized subservice    (d)PRA Receivables Management, LLC
                                                PO Box 41021
                                                Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    80
Bypassed recipients     5
Total                  85